United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AIMEE AXELROD** *et al.*, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>**ORGANON USA, INC.** *et al.*, <br><br>　　　　Defendants. | **Case No.: 13-CV-00117 YGR** <br><br> **ORDER VACATING HEARING** |

　　The Court has reviewed the papers submitted by the parties in connection with Motion to Stay all Proceedings Pending Transfer (Dkt. No. 14) and Motion to Remand (Dkt. No. 19) and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **March 5, 2013** is **VACATED**. The Court will issue a written decision on the papers.

　　**IT IS SO ORDERED**.

Date: March 1, 2013

　　　　　　　　　　　　_____
　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**